# EXHIBIT "D"

# Affidavit

State of New Jersey:
:SS
County of Union:

**NICHOLAS CIULLO**, of full age, being duly sworn according to law, deposes and says:

1. I am a process server serving process through the administrative offices of Guaranteed Subpoena Service, Inc., and as such serve process.

2. I have made numerous attempts to serve the following:

**DOROTHY J. VALGENTI**
**21 N SUMMIT AVE.**
**CHATHAM, NJ  07928**

Civil Action/Docket #: **09 CV 2686 JAG**   Venue: **DISTRICT OF NJ**
In the case of: **BRIDGES FINANCIAL GROUP, INC.** vs. **BEECH HILL COMPANY, INC. ET AL**

3. I was unable to serve the above named individual(s) for the reason stated below, although attempts were made on the dates and at the addresses listed below:

**I ATTEMPTED SERVICE ON 6/10/09 @ 7:30PM, 6/11/09 @ 8:15AM, 6/13/09 @ 6:45PM, 6/15/09 @ 4:30PM, 6/16/09 @ 7:45PM, NO ONE ANSWERED THE DOOR THERE WERE CARS IN THE DRIVEWAY LIGHTS ON INSIDE THE HOUSE.**

NB

_____
NICHOLAS CIULLO

Signed and Sworn before me
This __6__ of __26__, 2009

_Nisa Bahar_
Notary

NISA BAHAR
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 15, 2011

_____
My commission expires

Attorney:        JERROLD S. KULBACK, ESQ.
Firm:            ARCHER & GREINER - HADDONFIELD
Our reference#:  20090610101848

# *Affidavit*

State of New Jersey:
:SS
County of Union:

**NICHOLAS CIULLO**, of full age, being duly sworn according to law, deposes and says:

1. I am a process server serving process through the administrative offices of Guaranteed Subpoena Service, Inc., and as such serve process.

2. I have made numerous attempts to serve the following:

**MR. DOROTHY J. VALGENTI**
**21 N. SUMMIT AVE.**
**CHATHAM, NJ  07928**

Civil Action/Docket #: **09 CV 2686 JAG**   Venue: **DISTRICT OF NJ**
In the case of: **BRIDGES FINANCIAL GROUP, INC. vs. BEECH HILL COMPANY, INC. ET AL**

3. I was unable to serve the above named individual(s) for the reason stated below, although attempts were made on the dates and at the addresses listed below:

**I ATTEMPTED SERVICE ON 6/10/09 @ 7:30PM, 6/11/09 @ 8:15AM, 6/13/09 @ 6:45PM, 6/15/09 @ 4:30PM, 6/16/09 @ 7:45PM, NO ONE ANSWERED THE DOOR THERE WERE CARS IN THE DRIVEWAY LIGHTS ON INSIDE THE HOUSE.**

NICHOLAS CIULLO

Signed and Sworn before me

This __6__ of __26__, 2009

_____
Notary

NISA BAHAR
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 15, 2011
_____
My commission expires

Attorney:      JERROLD S. KULBACK, ESQ.
Firm:          ARCHER & GREINER - HADDONFIELD
Our reference#:   20090610102022

NB

# *Affidavit*

State of New Jersey:
:SS
County of Union:

**NICHOLAS CIULLO**, of full age, being duly sworn according to law, deposes and says:

1. I am a process server serving process through the administrative offices of Guaranteed Subpoena Service, Inc., and as such serve process.

2. I have made numerous attempts to serve the following:

**JOANNA VALGENTI ERNST
21 N SUMMIT AVE.
CHATHAM, NJ 07928**

Civil Action/Docket #: **09 CV 2686 JAG**   Venue: **DISTRICT OF NJ**
In the case of: **BRIDGES FINANCIAL GROUP, INC.** vs. **BEECH HILL COMPANY, INC. ET AL**

3. I was unable to serve the above named individual(s) for the reason stated below, although attempts were made on the dates and at the addresses listed below:

**I ATTEMPTED SERVICE ON 6/10/09 @ 7:30PM, 6/11/09 @ 8:15AM, 6/13/09 @ 6:45PM, 6/15/09 @ 4:30PM, 6/16/09 @ 7:45PM, NO ONE ANSWERED THE DOOR THERE WERE CARS IN THE DRIVEWAY LIGHTS ON INSIDE THE HOUSE.**

NB

_____
NICHOLAS CIULLO

Signed and Sworn before me

This __6__ of __26__, 2009

_Nisa Bahar_
Notary

NISA BAHAR
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 15, 2011

_____
My commission expires

Attorney:       **JERROLD S. KULBACK, ESQ.**
Firm:           **ARCHER & GREINER - HADDONFIELD**
Our reference#:  20090610102115