# EXHIBIT "E"



**Spartan Detective Agency, Inc.**
P.O. Box 1414 - Union, New Jersey 07083
Phone: **(877) SDA-2009** {877-732-2009}
Fax: (888) 224-4405 Tax ID 22-1927841
www.SpartanPI.com



# Confidential Report
# 20090623170801

ARCHER & GREINER - HADDONFIELD
ONE CENTENNIAL SQUARE  P.O. BOX 3000
HADDONFIELD NJ, 08033-0968

Regarding:  SKIP TRACE
On:         JOANNA VALGENTI ERNST
Date:       07/03/2009

Attn:   JERROLD S. KULBACK, ESQ.
Phone:  8567952121
Fax:    8567950574
E-mail:

---

As per your request, a SKIP TRACE

On     JOANNA VALGENTI ERNST
       21 N SUMMIT AVE
       CHATHAM  NJ  07928

was diligently conducted.

Docket/File#:  09 CV 2686 JAG
Venue:         DISTRICT OF NJ
Claim#:
Plaintiff:     BRIDGES FINANCIAL GROUP, INC.
Defendant:     BEECH HILL COMPANY, INC. ET AL

We have located this data with the information previously provided by you. Our findings are indicated below:
21 N. SUMMIT AVE
CHATHAM, NJ 07928

SSN - 150-40-XXXX
VERIFIED ADDRESS, RESIDES WITH FAMILY

ALT ADDRESS:
7560 POTOMAC FALL RD
MC LEAN, VA 22102-1401

THE DATA CONTAINED IN THIS REPORT HAS BEEN OBTAINED BY APPLYING THE SUBJECT'S NAME AND/OR SOCIAL SECURITY NUMBER FOR VERIFICATION. ALL SUBJECT INFORMATION HAS BEEN PROVIDED BY THE CLIENT PREVIOUS TO THIS SEARCH. IF THIS IS A BANK SEARCH PLEASE NOTE THAT THIS SUBJECT MAY HAVE OTHER BANK ACCOUNTS WITH OTHER BANKS, WHICH DID NOT COME UP ON THIS SEARCH. ALL OF THE ABOVE DATA IS FURNISHED IN RESPONSE TO AN INQUIRY AND HAS BEEN OBTAINED FROM SOURCES DEEMED RELIABLE, THE ACCURACY OF WHICH THIS ORGANIZATION DOES NOT GUARANTEE. THE INQUIRER IS TO BE PERSONALLY RESPONSIBLE FOR ANY MISUSE OF THE ABOVE INFORMATION.
**SHOULD YOU HAVE ANY QUESTIONS PLEASE DO NOT HESITATE TO CONTACT US!**