# EXHIBIT "G"

Jan 24 08 02:56p    p.2



Handwritten note:
BOB
Please
O.K.
David J.
to
release
$100,000
today
to
Buy 20,000 to
25,000 shares.
The Stock itself
will
Be Additional
Collateral

inancialContent.com - Stock Quotes and Business News    http://investor.biospace.com/Engine?Account=biospace&Page=QUOTE&Ticker=MDF

Market Summary | Major Indices | Market Movers | Market Sectors | Mutual Funds
A-Z Stock Listings | World Markets | CEO Wealthmeter | Stock Splits | Oil / Energy | Metals
Currencies | Bank Rates | Treasury Rates | Calculators | My Watchlist | My Portfolio

Enter symbol    Get Quote    Detailed Quote ▼ Symbol Lookup

## METROPOLITAN HEALTH NETWORKS (AMEX: MDF)

Detailed Quote    News    Chart    SEC Filings    Profile    Historical    Add To My Watchlist

### Company Quote

| | |
|---|---|
| Last Price | 2.32 (11:35 AM EST) |
| Change (%) | +0.10 (+4.50%) |
| Volume | 17,486 |
| Open | 2.32 |
| Previous Close | 2.22 |
| Day High | 2.35 |
| Day Low | 2.25 |
| Bid | N/A |
| Ask | N/A |

### Stock Data

| | |
|---|---|
| Average Volume | 65,204 |
| Shares Outstanding | 51.19M |
| Market Cap | 118.8M |
| Year High | 3.05 |
| Year Low | 1.62 |
| Earnings Per Share | 0.01 |
| P/E Ratio | 232.0 |
| Dividend | N/A |
| Yield | N/A |

### Related Companies

| SYMBOL | LAST | VOLUME | CHANGE (%) |
|---|---|---|---|
| TGX | 3.52 | 22,540 | -0.01 (-0.28%) |
| BSM | 4.85 | 8,175 | +0.15 (+3.09%) |
| MCU | 0.76 | 6,500 | +0.01 (+1.33%) |
| BVX | 5.83 | 3,200 | -0.02 (-0.34%) |
| ULU | 2.31 | 8,800 | +0.07 (+3.03%) |
| HH | 1.26 | 88,510 | +0.04 (+3.17%) |

Chart    Intraday    3 Month    6 Month    1 Year

Press Releases: MDF
11/29/07    MERX partners with Airports Council International to launch Aerobidz, an e-tendering service for the global airport industry    PR Newswire

**Stocks Ready to Gain 300%**
3 Cheap Stocks Poised to Soar 300% Get The Details In This FREE Report
www.PennySleuth.com/Stock_Prof

**Stocks Ready To Soar**
Hot News Alert, Huge Profits 1000%+ Stock Near Explosive Breakout Point
www.otcstockexchange.com

**Hot Stock Alert - GFET**
Ethanol, Biofuels, Alternative Green Energy Growth Stock.
www.GulfEthanolCorp.com

**Stock Market Chart**
Stock Market Chart Sites Valuable Online Info!
LiveHints.com

**300% Gain in a Week**
Free stock picks daily Technical trading
www.StockEgg.com

page 2 of 2

ZECCO TRADING HOUSE REP
ZECCO TRADING
A DIVISION OF EQUINOX SECURITIES, INC.
2084 E. FRANCIS STREET
ONTARIO, CA 91761

PAGE 1 OF 1         ACCOUNT NUMBER: 6378     ACCOUNT NAME: DAVID BRIDGES JR

THANK YOU, for letting us serve you. As your canceled check is your receipt, no receipt will be forwarded unless requested. Amount due or securities due must be received in our office on or before settlement date shown below.

Retain this original for your records and for tax purposes
Account cleared by
PENSON FINANCIAL SERVICES, INC.
1700 Pacific Avenue, Suite 1400
Dallas, Texas 75201

| B/S | TRADE DATE | SETTLE DATE | TRADE NO | M C A T R A C T P R T Y E | ACCY BW | SYMBOL | QUANTITY | CUSIP | SECURITY DESCRIPTION | PRICE | COMM | PRINCIPAL | TRANS. FEES | TAX/INTEREST | OTHER | CURR | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B  02:15:03  02:21:03  NAZNB  N 1 1   HCBK  28 000  443683107  HUDSON CITY BANCORP INC  15.580000  0.00  -436.24  0.00  0.00  0.00  USD  436.24 | | | | | | | | | | | | | | | | | |
| EXECUTION TIME 14:03:28 | | | | | | | | | | | | | | | | | |
| B1641782036 | | | | | | | | | | | | | | | | | |
| B  02:15:03  02:21:03  NATHU  N 1 1   MDF  74000 00  59214210  METRO HEALTH NETWORKS  2.300000  0.00  -17020.00  0.00  0.00  0.00  USD  17020.00 | | | | | | | | | | | | | | | | | |
| EXECUTION TIME 12:00:50 | | | | | | | | | | | | | | | | | |
| B1641139489 | | | | | | | | | | | | | | | | | |

SUMMARY FOR CURRENT TRADE DATE 02:15:03

TOTAL SHARES BOUGHT  7428.00000       TOTAL DOLLARS BOUGHT -17,456.24
TOTAL SHARES SOLD    0.00000          TOTAL DOLLARS SOLD    0.00

ZECCO TRADING HOUSE REP
ZECCO TRADING, INC.
2084 E. FRANCIS STREET
ONTARIO, CA 91761

PAGE 1 OF 1      ACCOUNT NUMBER: 6378      ACCOUNT NAME: DAVID BRIDGES JR

| B/S | TRADE DATE | SETTLE DATE | TRADE MKT CD | ACCT TYPE | NV | SYMBOL | QUANTITY | CUSIP | SECURITY DESCRIPTION | PRICE | COMM | PRINCIPAL | TRANS FEES | TAX/ INTEREST | OTHER | CUR | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 03/03/09 | 03/06/09 | NASD | 1 | 1 | MDF | 21000.000 | 59214210 | METRO HEALTH NETWORKS | 2.38000 | 0.00 | -49999.04 | 0.00 | 0.00 | 0.00 | USD | -49999.04 |

EXECUTION TIME 11:17:48
B164847529

SUMMARY FOR CURRENT TRADE DATE 03/03/09
TOTAL SHARES BOUGHT 21000.0000      TOTAL DOLLARS BOUGHT -49,999.04
TOTAL SHARES SOLD 0.0000              TOTAL DOLLARS SOLD 0.00

THANK YOU... for letting us serve you. As your canceled check is your receipt, no receipt will be forwarded unless requested. Amount due or securities due must be received in our office on or before settlement date shown below.

Return this original for your records and for tax purposes.
Account cleared by
PENSON FINANCIAL SERVICES, INC.
1700 Pacific Avenue, Suite 1400
Dallas, Texas 75201

ZECCO TRADING HOUSE REP
ZECCO TRADING, INC.
2084 E. FRANCIS STREET
ONTARIO, CA 91761

PAGE 1 OF 1   ACCOUNT NUMBER: 6378   ACCOUNT NAME: DAVID BRIDGES JR

| B/S | TRADE DATE | SETTLE DATE | TRADE NO | RCPT/KEEP INV | TYPE | SYMBOL | QUANTITY | CUSIP | SECURITY DESCRIPTION | PRICE | COMM | PRINCIPAL | TRANS FEES | TAX/ INTEREST | OTHER | C/D/R | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 03/04/08 EXECUTION TIME: 10:08:28 8186804292 | 03/07/08 | N2395 | N 1 1 | | MDF | 29770.0000 | 59214210 3 | METRO HEALTH NETWORKS | 2.514894 | 0.00 | -74871.37 | 0.00 | 0.00 | 0.00 | USD | -74871.37 |
| B | 03/04/08 EXECUTION TIME: 10:18:55 8184907788 | 03/07/08 | N402 | N 1 1 | | MDF | 59.0000 | 59214210 3 | METRO HEALTH NETWORKS | 2.540000 | 0.00 | -147.32 | 0.00 | 0.00 | 0.00 | USD | -147.32 |

SUMMARY FOR CURRENT TRADE DATE 03/04/08
TOTAL SHARES BOUGHT: 29828.0000   TOTAL DOLLARS BOUGHT: -75,018.69
TOTAL SHARES SOLD: 0.0000   TOTAL DOLLARS SOLD: 0.00

THANK YOU... for letting us serve you. As your canceled check is your receipt, no receipt will be forwarded unless requested. Amount due or securities due must be received in our office on or before settlement date shown below.

Return the original for your records and for tax purposes.
Account cleared by
PENSON FINANCIAL SERVICES, INC.
1700 Pacific Avenue, Suite 1400
Dallas, Texas 75201