# EXHIBIT "K"



## ASSIGNMENT OF MORTGAGE AND COLLATERAL DOCUMENTS

KNOW ALL MEN BY THESE PRESENTS:

**That** GEORGE FANTINI and BMA INVESTMENTS, LLC, located at 3146 Golansky Blvd., Suite 101, Woodbridge, Virginia 22192, herein designated as the Assignor, for and in consideration of the sum of ONE DOLLAR ($1.00) and other good and valuable consideration, the receipt whereof is hereby acknowledged, does by these presents assign to THE BRIDGES FINANCIAL GROUP, INC., having an office at 12781 Darby Brooke Court, #101, Woodbridge, Virginia 22192, herein designated as the Assignee, a certain Mortgage dated December 19, 2007, on lands located in the City of Fort Wayne, Allen County, Indiana, to secure payment of the sum of THREE HUNDRED THOUSAND DOLLARS ($300,000.00), which Mortgage is recorded or registered in the Clerk's Office of Allen County on May 23, 2008, as Document Number 2008025268.

**Together** with the following documents that certain Mortgage Note dated December 19, 2007 (the "Note"), by Dorothy J. Valgenti in favor of Assignor, and the money due and to grow due thereon, with the interest and all other sums due. **To Have and to Hold** the same unto the said Assignee forever, subject only to all the provisions contained in the said Mortgage, Note and Loan Documents.

**And** the said Assignor hereby constitutes and appoints the Assignee as the Assignor's true and lawful attorney, irrevocable in law or in equity, in the Assignor's name, place and stead but at the Assignee's cost and expense, to have, use and take all lawful ways and means for the recovery of all the said money and interest; and in case of payment, to discharge the same as fully as the Assignor might or could do if these presents were not made. And the Assignor covenants that there is now due and owing upon the said Mortgage and the Loan Documents secured thereby, the sum of Two Hundred Twenty Nine Thousand Fifty Eight DOLLARS ($229,058.10) principal with interest thereon to be computed at the rate of Thirty Three and One Third (33.3%) percent per year from July 3rd, 2009, and that there are no set-offs, counterclaims or defenses against the same, in law or in equity, nor have there been any modifications or other changes in the original terms thereof, other than as stated herein.

In all references herein to any parties, persons, entities or corporations the use of any particular gender or the plural or singular number is intended to include the appropriate gender or number as the text of the within instrument may require.

```
2009018981
04/21/2009      09:56:28AM
           57148
    ALLEN COUNTY RECORDER
```

Archer & Greiner
One Centennial Square
PO Box 3000
Haddonfield NJ 08033

16+
2(nc)

**IN WITNESS WHEREOF**, the said Assignor has caused these presents to be signed by its proper corporate officers and its corporate seal to be hereto affixed as of the ___ day of _____, 2009.

Witness:

_/s/ Joseph R. Dougherty_  /s/ George Fantini
GEORGE FANTINI

BMA INVESTMENTS, LLC

_/s/ Melissa Caputo_   By: _/s/ David G. Bridges_
Name: David G. Bridges
Title: Member

STATE OF _De_       :
                    :ss
COUNTY OF _NC_      :

**BE IT REMEMBERED** that on this __14__ day of __APRIL__, 2009, before me, the undersigned witnessing authority, personally appeared GEORGE FANTINI, who I am satisfied is the individual described in and who executed the foregoing instrument, and he acknowledged that he signed the same as his voluntary act and deed. All of which is hereby certified.

[Notary Seal: WILLIAM C. RUGLASS JR., MY COMMISSION EXPIRES MARCH 17 2013, NOTARY PUBLIC STATE OF DELAWARE]

_/s/ William C. Ruglass_
Print Name: __WILLIAM C RUGLASS JR__
Title: _____
Commission Expires: __3/17/2013__

STATE OF Virginia          :
                           :ss
COUNTY OF Prince William   :

**BE IT REMEMBERED** that on this 16th day of March, 2009, before me, the undersigned witnessing authority, personally appeared David G Bridges who is the Member of BMA INVESTMENTS, who I am satisfied is the person who signed the within instrument, and he acknowledged that he signed the same as such Member aforesaid, and that the within instrument is the voluntary act and deed of such limited liability company duly authorized by consent of its members. All of which is hereby certified.

[Notary Seal: MELISSA CAPUTO, NOTARY PUBLIC, REG # 7149209, COMMISSION EXPIRES 04/30/2011, COMMONWEALTH OF VIRGINIA]

Melissa Caputo
Print Name: Melissa Caputo
Title: Notary
Commission Expires: 04/30/2011

## ASSIGNMENT OF MORTGAGE AND COLLATERAL DOCUMENTS

GEORGE FANTINI, VIRGINIA FANTINI and BMA INVESTMENTS, LLC

TO

THE BRIDGES FINANCIAL GROUP, INC.

Dated as of _____, 2009

**Record and Return to:**

Jerrold S. Kulback, Esquire
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, New Jersey 08033

BRI137.00801/March 16, 2009/3893071.2