BUCKALEW FRIZZELL & CREVINA LLP
Heritage Plaza I
55 Harristown Road - Suite 205
Glen Rock, New Jersey 07452
(201) 612-5200
Attorneys for Defendant
The Essex and Sussex Condominium
Association, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE BRIDGES FINANCIAL GROUP, INC., | Docket No.2:09-cv-02686-JAG-MCA |
| Plaintiff, | CIVIL ACTION |
| vs. | |
| BEECH HILL COMPANY, INC.; THOMAS J. ERNST; THE DOROTHY J. VALGENTI TRUST; DOROTHY J. VALGENTI; MR. DOROTHY J. VALGENTI; JOANNA VALGENTI ERNST; THE ESSEX AND SUSSEX CONDOMINIUM ASSOCIATION, INC.; and UNKNOWN TENANTS OR OCCUPANTS NO. 1-10, | CERTIFICATION OF SERVICE |
| Defendants. | |

**CHERYL SIEGEL, ESQ.**, of full age, certifies as follows:

1. I am an attorney at law and an associate with the firm of Buckalew Frizzell & Crevina LLP attorneys for Defendant, The Essex and Sussex Condominium Association, Inc., in the above-entitled action.

2. On December 10, 2009, I sent via Federal Express to the Clerk, United States District Court, Newark, New Jersey, the within Answer of defendant The Essex and Sussex Condominium Association, Inc., and this Certification of Service.

3. On December 10, 2009, I served via Federal Express a copy of said documents to Plaintiff's counsel:

Jerrold S. Kulback, Esq.
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, New Jersey 08033

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Cheryl Siegel, Esq.

DATED:   December 10, 2009