**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-297-4903** |

September 1, 2010

| | |
|---|---|
| Jerrold S. Kulback, Esq.<br>Archer & Greiner, P.C.<br>One Centennial Square<br>East Euclid Avenue<br>Haddonfield, NJ 08033 | Joshua W. Denbeaux, Esq.<br>366 Kinderkamack Road<br>Westwood, NJ 07675 |
| Thomas J. Ernst, Pro Se<br>784 Morris Turnpike, Suite 134<br>Short Hills, NJ 07078 | Cheryl Siegel, Esq.<br>Buckalew, Frizzell & Crevina<br>55 Harristown Road<br>Glen Rock, NJ 07452 |

**ORDER TO SHOW CAUSE**

    **Re:**   **Bridges Financial Group, Inc. v. Beech Hill Company, Inc., et al.**
            **Civil Action No. 09-2686 (GEB)**

Dear Counsel:

    I am in receipt of Mr. Ernst's letter of August 30, 2010. The Order To Show Cause is hereby carried until **Monday, September 13, 2010 at 10:00 a.m.** Failure to appear shall result in sanctions.

    **SO ORDERED.**

*s/Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States Magistrate Judge**

cc:    Clerk
       Hon. Garrett E. Brown, Jr., U.S.D.J.
       File