Thomas J. Ernst, PRO SE
784 Morris Turnpike
Suite 134
Short Hills, New Jersey 07078
(732) -456-1205
tom@medicure.biz

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

The Bridges Financial Group, Inc.
Plaintiff
Vs.

Thomas J. Ernst, et al.                           Civil Action No. 09:2686 (JAG)
Defendants

## ORDER

Upon motion and review of the record, it is hereby ordered that the above-styled

Case is dismissed for Plaintiff's failure to name and serve all necessary parties

Pursuant to the Federal Rules of Civil Procedure, Rule 19.

**SO ORDERED AND ADJUDGED THIS _____ day of _____, 2010.**

_____
**By Judge Madeline Cox-Arleo**

1