# EXHIBIT "C"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

THE BRIDGES FINANCIAL GROUP, INC.

                          Plaintiff,

v.

BEECH HILL COMPANY, INC.; THOMAS
J. ERNST; THE DOROTHY J. VALGENTI
TRUST; DOROTHY J. VALGENTI; MR.
DOROTHY J. VALGENTI; JOANNA
VALGENTI ERNST; THE ESSEX &
SUSSEX CONDOMINIUM ASSOCIATION,
INC.; and MIKE BAMMEL,

                          Defendants.

Civil Action No. 09-2686

**AFFIDAVIT OF SERVICES**

STATE OF NEW JERSEY  :
                        : ss.
COUNTY OF CAMDEN  :

     JERROLD S. KULBACK, ESQUIRE, of full age, being duly sworn, upon his oath,

deposes and says:

     1.     I am an attorney at law of the State of New Jersey and a partner in the law firm of

Archer & Greiner, A Professional Corporation, attorneys for the Plaintiff, The Bridges Financial

Group, Inc. ("Plaintiff") in the above-entitled matter.  I have first-hand knowledge of the facts set

forth in this Affidavit.

     2.     This Affidavit is submitted in connection with Plaintiff's application for default

judgment against Defendant, Thomas J. Ernst ("Mr. Ernst") and in support of Plaintiff's request

for an award of attorneys fees and costs associated with this matter pursuant to the terms of the

Note executed by Mr. Ernst.

3.      I have been licensed to practice law in the State of New Jersey and Commonwealth of Pennsylvania since 1999. I am also admitted to the United States District Court for the Districts of New Jersey, Eastern District of Pennsylvania, and Middle District of Pennsylvania.

4.      I specialize in debtor/creditor matters, and my current rate is $310.00/hour. I have primarily been responsible for handling this matter, although I have utilized the assistance of associates and para-professionals at our firm to alleviate costs where appropriate.

5.      Archer & Greiner was retained by Plaintiff to collect those sums due on a $300,000 promissory note executed by Mr. Ernst, as well as foreclosure two associated mortgage. Through November 30, 2019, our firm has incurred fees of $40,322.00 and costs of $4,757.17. Our firms invoices are attached hereto.

6.      Our firm's services, included, but were not limited to, the following:

   a.      Preparation, filing and service of the Complaint,

   b.      Initial entry of defaults;

   c.      Defending Mr. Ernst's late answer improperly filed on behalf of his corporation without counsel.

   d.      Defending approximately six (6) baseless motions to dismiss the Complaint filed by Mr. Ernst;

   e.      Preparation of discovery requests and answers;

   f.      Numerous applications to Judge Arleo with respect to Mr. Ernst's failure to answer discovery;

   g.      Preparation of Plaintiff's Motion to Strike Mr. Ernst's answer for failure to answer discovery.

h.  Attendance at numerous court hearings, including one at which Mr. Ernst simply failed to appear, resulting in the imposition of sanctions which have still not been paid in violation of the Court's Order.

i.  Preparation of the instant default judgment request.

7.  The fees and costs incurred are reasonable and were necessary.

8.  Based upon the above, I respectfully request that the Court include the Judgment to be entered the attorneys' fees and costs in the sum of **$45,079.17.**

JERROLD S. KULBACK

Sworn and subscribed to
before me this 20th day
of December, 2010.

Notary Public

6279210v1

CHRISTINE ELDER
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires August 12, 2012

# ARCHER & GREINER

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
ONE CENTENNIAL SQUARE
HADDONFIELD, NEW JERSEY 08033-0968
(856-795-2121)

DAVID G. BRIDGES, JR.
THE BRIDGES FINANCIAL GROUP, INC.
12781 DARBY BROOKE CT #101
WOODBRIDGE, VA 22192

Invoice Number: 1350794
Invoice Date: 12/08/10

Matter Number: BRI137.00801

BRIDGES, JR., DAVID J. & DAVID J.

J. S. Kulback

---

Re: ADS THOMAS J. ERNST

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2010 :

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 11/08/10 | JSK | Telephone conference and letter to court | 0.30 | 93.00 |
| 11/15/10 | JSK | Reviewed Judge Arleo's decision; E-mail to/from client; Letter to Tom Ernst | 0.40 | 124.00 |
| 11/16/10 | JSK | Telephone conference with client; Reviewed motion to dismiss and request for extension of sanctions order | 0.30 | 93.00 |
| 11/17/10 | JSK | Letter to Judge Arleo; E-mail to Tom Ernst | 0.20 | 62.00 |
| 11/17/10 | MNF | Converted and e-filed objection to request for continuance | 0.20 | 33.00 |
| 11/22/10 | JSK | Reviewed order denying continuance; E-mail to Tom Ernst | 0.20 | 62.00 |
| | | TOTAL HOURS | 1.60 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | Value |
|------------|-------|---|------|-------|
| M. N. Friedman | 0.20 | Hrs | $165.00 | 33.00 |
| J. S. Kulback | 1.40 | Hrs | $310.00 | 434.00 |

CURRENT FEES $467.00

FOR COSTS ADVANCED AND EXPENSES INCURRED

Photocopying 1.60

CURRENT EXPENSES $1.60

BRI137.00801      ADS THOMAS J. ERNST      Page 2

12/08/10

TOTAL AMOUNT OF THIS INVOICE                    $468.60

# ARCHER & GREINER

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
ONE CENTENNIAL SQUARE
HADDONFIELD, NEW JERSEY 08033-0968
(856-795-2121)

DAVID G. BRIDGES, JR.
THE BRIDGES FINANCIAL GROUP, INC.
12781 DARBY BROOKE CT #101
WOODBRIDGE, VA 22192

Invoice Number:   1345664
Invoice Date:     11/08/10

Matter Number: BRI137.00801

BRIDGES, JR., DAVID J. & DAVID J.

J. S. Kulback

Re:   ADS THOMAS J. ERNST

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2010 :

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 10/05/10 | JSK | E-mail to client; Reviewed opinion/order | 0.30 | 93.00 |
| 10/11/10 | RLR | Meeting with Jerrold Kulback regarding a brief for summary judgment.  Review of file. | 1.50 | 427.50 |
| 10/13/10 | RLR | Draft Motion for Summary Judgment. | 3.10 | 883.50 |
| 10/18/10 | RLR | Research and draft motion for summary judgment. | 2.10 | 598.50 |
| 10/21/10 | RLR | Draft Motion for Summary Judgment. | 0.90 | 256.50 |
| 10/22/10 | JSK | Reviewed response to motion | 0.30 | 93.00 |
| 10/25/10 | JSK | Fax from Tom Ernst; E-mail to client | 0.30 | 93.00 |
| 10/26/10 | JSK | E-mail with client re: Ernst reply and motion | 0.20 | 62.00 |
| 10/28/10 | JSK | Prepare oppositions to motions to dismiss | 1.80 | 558.00 |
| 10/28/10 | MNF | Final review of opposition to motion for postponement of sanctions payment; Copied and assembled exhibits; Converted, e-filed and served same | 0.50 | 82.50 |
| 10/28/10 | MNF | Final review of opposition to motion to dismiss (rule 19); Converted, e-filed and served same | 0.40 | 66.00 |
| 10/29/10 | JSK | Reviewed supplement to motion to dismiss | 0.10 | 31.00 |

Invoice Number:   1345664

BRI137.00801      ADS THOMAS J. ERNST          Page 2

11/08/10

TOTAL HOURS        11.50

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | Value |
|---|---|---|---|---|
| M. N. Friedman | 0.90 | Hrs | $165.00 | 148.50 |
| J. S. Kulback | 3.00 | Hrs | $310.00 | 930.00 |
| R. L. Rakoski | 7.60 | Hrs | $285.00 | 2,166.00 |

CURRENT FEES          $3,244.50

FOR COSTS ADVANCED AND EXPENSES INCURRED

| | |
|---|---|
| Photocopying | 15.20 |
| Postage | 24.66 |
| Computer Data Research | 281.80 |
| Delivery service | 22.16 |
| Westlaw | 126.48 |

CURRENT EXPENSES          $470.30

ADJUSTMENTS

11/08/2010    LESS COURTESY DISCOUNT                ($1,500.00)

TOTAL AMOUNT OF THIS INVOICE          $2,214.80

# ARCHER & GREINER

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
ONE CENTENNIAL SQUARE
HADDONFIELD, NEW JERSEY 08033-0968
(856-795-2121)

DAVID G. BRIDGES, JR.
THE BRIDGES FINANCIAL GROUP, INC.
12781 DARBY BROOKE CT #101
WOODBRIDGE, VA 22192

Invoice Number:    1311396
Invoice Date:      04/13/10

Matter Number: BRI137.00801

BRIDGES, JR., DAVID J. & DAVID J.

J. S. Kulback

Re:    ADS THOMAS J. ERNST

FOR PROFESSIONAL SERVICES RENDERED THROUGH  03/31/2010  :

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 03/15/10 | JSK | E-mail to client; Telephone conference with client; Telephone conference with atty Westreich; Reviewed entry of appearance | 0.40 | 120.00 |
| 03/16/10 | JSK | E-mail with client; Telephone conference with client; Letter from counsel withdrawing appearance; Telephone conference with condo association attorney | 0.80 | 240.00 |
| 03/17/10 | JSK | Travel to/from and attend hearing; Telephone conference with client; Telephone conference with Peggy Givhan | 6.00 | 1,800.00 |
| 03/19/10 | JSK | Reviewed motion to withdraw and minutes of hearing | 0.30 | 90.00 |
| 03/23/10 | JSK | Reviewed orders; E-mails to/from client; Prepare default judgment request for Beech Hill | 1.30 | 390.00 |
| 03/25/10 | JSK | E-mails to/from client; Finalize and file motion for default judgment as to Beech Hill | 0.40 | 120.00 |
| | | TOTAL HOURS | 9.20 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | Value | |
|------------|-------|---|------|-------|---|
| J. S. Kulback | 9.20 | Hrs | $300.00 | 2,760.00 | |
| | | | CURRENT FEES | | $2,760.00 |

FOR COSTS ADVANCED AND EXPENSES INCURRED

    Photocopying                                                                          106.60

Invoice Number:    1311396

BRI137.00801    ADS THOMAS J. ERNST                    Page 2
04/13/10

| | |
|---|---|
| Travel - long distance | 109.00 |
| Postage | 91.96 |
| CURRENT EXPENSES | $307.56 |

| | |
|---|---|
| TOTAL AMOUNT OF THIS INVOICE | $3,067.56 |

# ARCHER & GREINER

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
ONE CENTENNIAL SQUARE
HADDONFIELD, NEW JERSEY 08033-0968
(856-795-2121)

DAVID G. BRIDGES, JR.
THE BRIDGES FINANCIAL GROUP, INC.
12781 DARBY BROOKE CT #101
WOODBRIDGE, VA 22192

Invoice Number:   1316842
Invoice Date:       05/12/10

Matter Number: BRI137.00801

BRIDGES, JR.,  DAVID J. & DAVID J.

J. S. Kulback

Re:   ADS THOMAS J. ERNST

FOR PROFESSIONAL SERVICES RENDERED THROUGH  04/30/2010 :

| Date | Tkpr | | Hours | Value |
|------|------|--------|-------|-------|
| 04/02/10 | JSK | Prepare default request for Thomas Ernst and Dorothy Valgenti | 0.30 | 90.00 |
| 04/05/10 | MNF | Reviewed default request and prepared same for filing; Converted, e-filed and served same | 0.50 | 80.00 |
| 04/06/10 | JSK | Telephone conference with client | 0.20 | 60.00 |
| 04/13/10 | JSK | Reveiwed order; E-mail to client | 0.20 | 60.00 |
| 04/14/10 | SAG | Telephone call with J. Kulback re: background on file; reviewed docket and order from court; telephone call with chambers; drafted email to J. Kulback re: same. | 0.60 | 132.00 |
| 04/20/10 | JSK | Reviewed revised order; E-mail to client | 0.10 | 30.00 |
| 04/26/10 | SAG | Exchanged emails with J. Kulback; telephone calls with court re: status of motion for sum certain; reviewed docket. | 0.50 | 110.00 |
| 04/27/10 | SAG | Telephone call with Judge Brown's clerk; drafted email to J. Kulback re: status of motion for sum certain. | 0.20 | 44.00 |
| | | TOTAL HOURS | 2.60 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | Value |
|------------|-------|-----|---------|--------|
| M. N. Friedman | 0.50 | Hrs | $160.00 | 80.00 |
| J. S. Kulback | 0.80 | Hrs | $300.00 | 240.00 |

ARCHER & GREINER P.C.                        TIN #22-2092948                        www.archerlaw.com

Invoice Number:   1316842

BRI137.00801     ADS THOMAS J. ERNST                          Page 2

05/12/10

S. A. Gannon                    1.30     Hrs      $220.00         286.00

                                                        CURRENT FEES          $606.00

FOR COSTS ADVANCED AND EXPENSES INCURRED

            Photocopying                                                        74.20

                                          CURRENT EXPENSES                     $74.20


                        TOTAL AMOUNT OF THIS INVOICE            $680.20

# ARCHER & GREINER

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
ONE CENTENNIAL SQUARE
HADDONFIELD, NEW JERSEY 08033-0968
(856-795-2121)

DAVID G. BRIDGES, JR.
THE BRIDGES FINANCIAL GROUP, INC.
12781 DARBY BROOKE CT #101
WOODBRIDGE, VA 22192

Invoice Number:    1321490
Invoice Date:       06/08/10

Matter Number: BRI137.00801

BRIDGES, JR., DAVID J. & DAVID J.

J. S. Kulback

Re:    ADS THOMAS J. ERNST

FOR PROFESSIONAL SERVICES RENDERED THROUGH  05/31/2010 :

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 05/03/10 | JSK | Reviewed Joanna Ernst answer; E-mail to client; Telephone conference with client | 0.30 | 90.00 |
| 05/03/10 | SAG | Conferred with J. Kulback re: deposition and status conference; reviewed case docket; reviewed answer filed by J. Ernst. | 0.50 | 110.00 |
| 05/04/10 | JSK | Deposition preparation with S. Gannon; Telephone conference with Joanna's counsel | 0.40 | 120.00 |
| 05/04/10 | SAG | Conferred with J. Kulback; reviewed file; prepared for deposition of T. Ernst and status conference with court; prepared deposition outline and exhibits. | 5.40 | 1,188.00 |
| 05/05/10 | JSK | E-mail to client re: report of deposition and status conference; Telephone conference with atty Debeneax; Reviewed pro se motions | 0.60 | 180.00 |
| 05/05/10 | SAG | Prepared for deposition to T. Ernst and status conference; traveled to and attended deposition to T. Ernst and status conference with court; conferred with J. Kulback re: deposition and status conference. | 7.70 | 1,694.00 |
| 05/06/10 | JSK | Reviewed letter order; E-mail to client; Telephone conference with client | 0.40 | 120.00 |
| 05/06/10 | SAG | Exchanged emails with J. Kulback re: deposition transcript and settlement conference; reviewed correspondence from court reporter re: deposition transcript. | 0.10 | 22.00 |
| 05/11/10 | DGL | Draft Writ of Execution; Affidavit in Support of Writ of Execution; forward to Jerrold S. Kulback for review and revision | 0.90 | 202.50 |

Invoice Number:   1321490

BRI137.00801     ADS THOMAS J. ERNST                    Page 2

06/08/10

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 05/11/10 | JSK | Reviewed judgment and answer; E-mails and telephone conference with client | 0.40 | 120.00 |
| 05/12/10 | DGL | Telephone conference Stephanie A. Gannon re: bank account information for levy; conference Jerrold S. Kulback re: same | 0.20 | 45.00 |
| 05/12/10 | DGL | Draft / revise "writ package" of documents for Jerrold S. Kulback | 0.50 | 112.50 |
| 05/12/10 | JSK | E-mail to client | 0.10 | 30.00 |
| 05/12/10 | SAG | Reviewed file; drafted email to D. Leney re: Beech Hill account information. | 0.20 | 44.00 |
| 05/13/10 | DGL | Conference Jerrold S. Kulback re: check to U.S. Marshals for writ package; conference assistant re: same | 0.10 | 22.50 |
| 05/26/10 | JSK | Reviewed deposition transcript; E-mail and telephone conference with client; Revised letter to Judge Arleo | 0.40 | 120.00 |
| 05/26/10 | SAG | Telephone call with court re: settlement conference; exchanged emails with J. Kulback re: same; drafted and revised letter to court re: client's participating in settlement conference via telephone. | 0.40 | 88.00 |
| 05/27/10 | DGL | Draft / review e-mails with Michelle N. Friedman and Jerrold S. Kulback re: status of Writ of Execution | 0.20 | 45.00 |
| 05/27/10 | MNF | Multiple telephone conferences with US Marshal's Office and clerk's office re:  status of writ of execution; E-mails with Douglas G. Leney re:  same | 0.40 | 64.00 |

                                                    TOTAL HOURS      19.20

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | Value |
|------------|-------|---|------|-------|
| M. N. Friedman | 0.40 | Hrs | $160.00 | 64.00 |
| J. S. Kulback | 2.60 | Hrs | $300.00 | 780.00 |
| S. A. Gannon | 14.30 | Hrs | $220.00 | 3,146.00 |
| D G Leney | 1.90 | Hrs | $225.00 | 427.50 |

                                        CURRENT FEES        $4,417.50

FOR COSTS ADVANCED AND EXPENSES INCURRED

        Photocopying                                          89.60

        Travel - long distance                              121.50

        Court reporter service                              354.30

Invoice Number:    1321490

BRI137.00801     ADS THOMAS J. ERNST                            Page 3
06/08/10

|  |  |
|---|---:|
| Federal fees | 100.00 |
| Delivery service | 19.74 |
| Telecopying | 6.65 |
| CURRENT EXPENSES | $691.79 |

TOTAL AMOUNT OF THIS INVOICE          $5,109.29

# ARCHER  &  GREINER

A  PROFESSIONAL  CORPORATION
COUNSELLORS  AT  LAW
ONE  CENTENNIAL  SQUARE
HADDONFIELD,  NEW JERSEY  08033-0968
(856-795-2121)

DAVID G. BRIDGES, JR.
THE BRIDGES FINANCIAL GROUP, INC.
12781 DARBY BROOKE CT #101
WOODBRIDGE, VA  22192

Invoice Number:    1285417
Invoice Date:       11/06/09

Matter Number: BRI137.00801

BRIDGES, JR.,  DAVID J. & DAVID J.

J. S. Kulback

---

Re:    ADS THOMAS J. ERNST

FOR PROFESSIONAL SERVICES RENDERED THROUGH  10/31/2009  :

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 10/01/09 | JSK | Telephone conference with court re: motions | 0.20 | 60.00 |
| 10/02/09 | JSK | E-mails to/from client; Prepare opposition to motion for continuance | 1.20 | 360.00 |
| 10/20/09 | JSK | E-mails to/from client; Reviewed order granting extension | 0.30 | 90.00 |
| 10/21/09 | JSK | E-mails re: scheduling of motion | 0.10 | 30.00 |
| | | TOTAL HOURS | 1.80 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | Value | |
|------------|-------|---|------|-------|---|
| J. S. Kulback | 1.80 | Hrs | $300.00 | 540.00 | |
| | | | CURRENT FEES | | $540.00 |

TOTAL AMOUNT OF THIS INVOICE          $540.00

---

ARCHER & GREINER P.C.                    TIN #22-2092948                    www.archerlaw.com

# ARCHER & GREINER

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
ONE CENTENNIAL SQUARE
HADDONFIELD, NEW JERSEY 08033-0968
(856-795-2121)

DAVID G. BRIDGES, JR.
THE BRIDGES FINANCIAL GROUP, INC.
12781 DARBY BROOKE CT #101
WOODBRIDGE, VA 22192

Invoice Number:   1301261
Invoice Date:     02/09/10

Matter Number: BRI137.00801

BRIDGES, JR., DAVID J. & DAVID J.

J. S. Kulback

Re:   ADS THOMAS J. ERNST

FOR PROFESSIONAL SERVICES RENDERED THROUGH  01/31/2010 :

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 01/11/10 | JSK | Telephone conference with client | 0.10 | 30.00 |
| 01/15/10 | JSK | Telephone conference re: Beech Hill; Memo to file; Telephone call to client; E-mail with condo association attorneys | 1.00 | 300.00 |
| 01/18/10 | JSK | Telephone conference with client; E-mails with client; Letter to Tom Ernst | 0.50 | 150.00 |
| 01/21/10 | RLR | Follow-up with Jerry Kulback regarding discovery. | 0.40 | 110.00 |
| | | TOTAL HOURS | 2.00 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | Value | |
|------------|-------|---|------|-------|---|
| J. S. Kulback | 1.60 | Hrs | $300.00 | 480.00 | |
| R. L. Rakoski | 0.40 | Hrs | $275.00 | 110.00 | |
| | | | CURRENT FEES | | $590.00 |

FOR COSTS ADVANCED AND EXPENSES INCURRED

| | |
|---|---|
| Photocopying | 8.40 |
| Postage | 30.34 |
| CURRENT EXPENSES | $38.74 |

Invoice Number:    1301261

BRI137.00801     ADS THOMAS J. ERNST                Page 2

02/09/10

TOTAL AMOUNT OF THIS INVOICE          $628.74

# ARCHER & GREINER

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
ONE CENTENNIAL SQUARE
HADDONFIELD, NEW JERSEY 08033-0968
(856-795-2121)

DAVID G. BRIDGES, JR.
THE BRIDGES FINANCIAL GROUP, INC.
12781 DARBY BROOKE CT #101
WOODBRIDGE, VA 22192

Invoice Number:   1305659
Invoice Date:      03/05/10

Matter Number: BRI137.00801

BRIDGES, JR., DAVID J. & DAVID J.

J. S. Kulback

Re:   ADS THOMAS J. ERNST

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2010 :

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 02/01/10 | JSK | Letters to defendants re: discovery | 0.20 | 60.00 |
| 02/01/10 | RLR | Review documents in file regarding motions that were filed. Call to law clerk regarding status conference. | 1.30 | 357.50 |
| 02/02/10 | RLR | Spoke with Phil at Judge Greenaway's chambers. Follow-up email to Jerrold Kulback. | 0.70 | 192.50 |
| 02/04/10 | JSK | Reviewed order; E-mails to/from client | 0.30 | 90.00 |
| 02/08/10 | JSK | E-mails to/from client | 0.20 | 60.00 |
| 02/15/10 | JSK | E-mails to/from condo association | 0.20 | 60.00 |
| 02/17/10 | JSK | Prepare Rule 26 disclosures; Letter to Judge Arleo; Prepare letter to service list | 1.00 | 300.00 |
| 02/18/10 | JSK | Prepare discovery plan; Revised letter to Judge Arleo | 0.40 | 120.00 |

TOTAL HOURS      4.30

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | Value |
|-----------|-------|---|------|-------|
| J. S. Kulback | 2.30 | Hrs | $300.00 | 690.00 |
| R. L. Rakoski | 2.00 | Hrs | $275.00 | 550.00 |

CURRENT FEES                    $1,240.00

FOR COSTS ADVANCED AND EXPENSES INCURRED

Invoice Number:    1305659

BRI137.00801      ADS THOMAS J. ERNST          Page 2

03/05/10

|  |  |
|---|---:|
| Photocopying | 59.60 |
| Postage | 77.84 |
| CURRENT EXPENSES | $137.44 |

| | |
|---|---:|
| TOTAL AMOUNT OF THIS INVOICE | $1,377.44 |

# ARCHER & GREINER

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
ONE CENTENNIAL SQUARE
HADDONFIELD, NEW JERSEY 08033-0968
(856-795-2121)

DAVID G. BRIDGES, JR.
THE BRIDGES FINANCIAL GROUP, INC.
12781 DARBY BROOKE CT #101
WOODBRIDGE, VA 22192

Invoice Number:   1290423
Invoice Date:     12/03/09

Matter Number: BRI137.00801

BRIDGES, JR., DAVID J. & DAVID J.

J. S. Kulback

Re:   ADS THOMAS J. ERNST

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/30/2009 :

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 11/04/09 | JSK | Reviewed notice of counsel; E-mail to atty Tyrell | 0.30 | 90.00 |
| 11/05/09 | JSK | E-mail from client; E-mail from atty Tyrell | 0.10 | 30.00 |
| 11/06/09 | JSK | E-mail to atty Tyrell; Prepare Request for Determination | 0.50 | 150.00 |
| 11/06/09 | MNF | Drafted certificate of service for request for determination; Copied and assembled exhibit; Converted, e-filed and served same | 0.60 | 96.00 |
| | | TOTAL HOURS | 1.50 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | Value |
|------------|-------|---|------|-------|
| M. N. Friedman | 0.60 | Hrs | $160.00 | 96.00 |
| J. S. Kulback | 0.90 | Hrs | $300.00 | 270.00 |
| | | | CURRENT FEES | $366.00 |

FOR COSTS ADVANCED AND EXPENSES INCURRED

| | |
|---|---|
| Photocopying | 19.20 |
| Postage | 9.76 |
| CURRENT EXPENSES | $28.96 |

Invoice Number:    1290423

BRI137.00801      ADS THOMAS J. ERNST                    Page 2

12/03/09

TOTAL AMOUNT OF THIS INVOICE            $394.96

# ARCHER & GREINER

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
ONE CENTENNIAL SQUARE
HADDONFIELD, NEW JERSEY 08033-0968
(856-795-2121)

DAVID G. BRIDGES, JR.
THE BRIDGES FINANCIAL GROUP, INC.
12781 DARBY BROOKE CT #101
WOODBRIDGE, VA 22192

Invoice Number:  1295884
Invoice Date:    01/08/10

Matter Number: BRI137.00801

BRIDGES, JR., DAVID J. & DAVID J.

J. S. Kulback

Re:   ADS THOMAS J. ERNST

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2009 :

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 12/03/09 | JSK | Telephone conference with court; E-mail to client | 0.10 | 30.00 |
| 12/04/09 | JSK | Telephone conference with court; E-mail to client | 0.10 | 30.00 |
| 12/07/09 | JSK | Telephone conference with client re: discovery | 0.10 | 30.00 |
| 12/15/09 | JSK | E-mails to/from client re: first lienholder foreclosure | 0.30 | 90.00 |
| 12/16/09 | RLR | Draft discovery. | 3.60 | 990.00 |
| 12/17/09 | RLR | Finalize discovery and sent to Jerry Kulback for his review. | 1.50 | 412.50 |
| 12/29/09 | JSK | Finalize discovery to defendants | 1.50 | 450.00 |
| 12/30/09 | JSK | Letters to defendants serving discovery | 0.40 | 120.00 |

TOTAL HOURS    7.60

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | Value |
|------------|-------|---|------|-------|
| J. S. Kulback | 2.50 | Hrs | $300.00 | 750.00 |
| R. L. Rakoski | 5.10 | Hrs | $275.00 | 1,402.50 |

CURRENT FEES    $2,152.50

FOR COSTS ADVANCED AND EXPENSES INCURRED

Invoice Number:   1295884

BRI137.00801     ADS THOMAS J. ERNST           Page 2

01/08/10

|  |  |  |
|---|---|---:|
| | Photocopying | 30.40 |
| | Postage | 31.52 |
| | CURRENT EXPENSES | $61.92 |

ADJUSTMENTS

01/08/2010   LESS COURTESY DISCOUNT                    ($500.00)

TOTAL AMOUNT OF THIS INVOICE         $1,714.42

# ARCHER & GREINER

A PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

ONE CENTENNIAL SQUARE

HADDONFIELD, NEW JERSEY 08033-0968

(856-795-2121)

DAVID G. BRIDGES, JR.
THE BRIDGES FINANCIAL GROUP, INC.
12781 DARBY BROOKE CT #101
WOODBRIDGE, VA 22192

Invoice Number:   1281156
Invoice Date:      10/09/09

Matter Number: BRI137.00801

BRIDGES, JR., DAVID J. & DAVID J.

J. S. Kulback

Re:   ADS THOMAS J. ERNST

FOR PROFESSIONAL SERVICES RENDERED THROUGH  09/30/2009  :

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 09/02/09 | JSK | Telephone conference with client | 0.20 | 55.00 |
| 09/08/09 | JSK | E-mail from client; Prepare reply to opposition | 4.00 | 1,100.00 |
| 09/09/09 | JSK | Telephone conference with client; Reviewed fax from client | 0.40 | 110.00 |
| 09/14/09 | DGL | Conference Jerrold S. Kulback re: objection papers to be filed with Court | 0.20 | 40.00 |
| 09/14/09 | JSK | Reviewed transcripts; Telephone conference with client; Conference with Douglas G. Leney re: affidavit preparation | 0.40 | 110.00 |
| 09/16/09 | DGL | Begin drafting / revising Declaration of David G. Bridges, Jr. in support of Opposition to Ernst's Objection to Entry of Default Judgment; conference Jerrold S. Kulback re: several exhibits and chronology of certain events | 2.40 | 480.00 |
| 09/17/09 | DGL | Continue draft / revising Declaration of David G. Bridges, Jr.; finalize first draft and forward to Jerrold S. Kulback for review; begin working on adding to / revising Brief in Support of Motion; prepare necessary Exhibits | 2.40 | 480.00 |
| 09/17/09 | JSK | Reviewed/revised declaration | 0.30 | 82.50 |
| 09/18/09 | DGL | Continue drafting / revising Declaration of Bridges and Memorandum of Law; finalize latest version of documents and forward to Jerrold S. Kulback for review and revision | 2.40 | 480.00 |

Invoice Number:   1281156

BRI137.00801    ADS THOMAS J. ERNST          Page 2

10/09/09

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 09/18/09 | JSK | Reviewed reply issues; Reviewed securities law issues; Telephone conference and e-mails with client | 1.40 | 385.00 |
| 09/21/09 | DGL | Finalize / review final versions of Declaration and Brief; prepare all exhibits; coordinate filing with Court with Michelle N. Friedman | 0.40 | 80.00 |
| 09/21/09 | MNF | Copied and assembled exhibits to reply to answer; Drafted certificate of service; Converted, e-filed and served reply | 0.80 | 128.00 |
| 09/24/09 | JSK | E-mails and telephone conference with counsel for Condo Association; Reviewed consent order | 0.30 | 82.50 |
| 09/24/09 | MNF | Telephone conference with counsel for defendant re: matter status and filing non-contesting answer; E-mail to Jerrold S. Kulback re:  phone conference; Reviewed e-mail from Jerrold S. Kulback re:  consent order vacating default; E-mail to counsel forwarding copy of executed consent order | 0.50 | 80.00 |
| 09/25/09 | JSK | E-mail from condo association attorney re: answer; Reviewed answer | 0.20 | 55.00 |
| 09/29/09 | JSK | Reviewed motion for continuance; E-mail to client; Telephone conference with client | 0.40 | 110.00 |

TOTAL HOURS    16.70

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | Value |
|------------|-------|---|------|-------|
| M. N. Friedman | 1.30 | Hrs | $160.00 | 208.00 |
| J. S. Kulback | 7.60 | Hrs | $275.00 | 2,090.00 |
| D G Leney | 7.80 | Hrs | $200.00 | 1,560.00 |

CURRENT FEES    $3,858.00

FOR COSTS ADVANCED AND EXPENSES INCURRED

| | |
|---|---|
| Photocopying | 199.20 |
| Outside services | 169.00 |
| Postage | 39.60 |
| Westlaw | 75.29 |

CURRENT EXPENSES    $483.09

TOTAL AMOUNT OF THIS INVOICE    $4,341.09

Invoice Number:     1281156

BRI137.00801      ADS THOMAS J. ERNST

Page 3

10/09/09

# ARCHER & GREINER

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
ONE CENTENNIAL SQUARE
HADDONFIELD, NEW JERSEY 08033-0968
(856-795-2121)

DAVID G. BRIDGES, JR.
THE BRIDGES FINANCIAL GROUP, INC.
12781 DARBY BROOKE CT #101
WOODBRIDGE, VA 22192

Invoice Number:   1285417
Invoice Date:     11/06/09

Matter Number: BRI137.00801

BRIDGES, JR., DAVID J. & DAVID J.

J. S. Kulback

Re:   ADS THOMAS J. ERNST

FOR PROFESSIONAL SERVICES RENDERED THROUGH  10/31/2009 :

| Date | Tkpr | | Hours | Value |
|------|------|--|-------|-------|
| 10/01/09 | JSK | Telephone conference with court re: motions | 0.20 | 60.00 |
| 10/02/09 | JSK | E-mails to/from client; Prepare opposition to motion for continuance | 1.20 | 360.00 |
| 10/20/09 | JSK | E-mails to/from client; Reviewed order granting extension | 0.30 | 90.00 |
| 10/21/09 | JSK | E-mails re: scheduling of motion | 0.10 | 30.00 |
| | | TOTAL HOURS | 1.80 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | Value | |
|------------|-------|--|------|-------|--|
| J. S. Kulback | 1.80 | Hrs | $300.00 | 540.00 | |
| | | | | CURRENT FEES | $540.00 |

TOTAL AMOUNT OF THIS INVOICE        $540.00

ARCHER & GREINER P.C.                    TIN #22-2092948                    www.archerlaw.com

# ARCHER & GREINER

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
ONE CENTENNIAL SQUARE
HADDONFIELD, NEW JERSEY 08033-0968
(856-795-2121)

DAVID G. BRIDGES, JR.
THE BRIDGES FINANCIAL GROUP, INC.
12781 DARBY BROOKE CT #101
WOODBRIDGE, VA 22192

Invoice Number:   1275428
Invoice Date:       09/04/09

Matter Number: BRI137.00801

BRIDGES, JR.,  DAVID J. & DAVID J.

J. S. Kulback

Re:   ADS THOMAS J. ERNST

FOR PROFESSIONAL SERVICES RENDERED THROUGH  08/31/2009  :

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 08/03/09 | JSK | E-mail to client re: status of foreclosure | 0.20 | 55.00 |
| 08/06/09 | JSK | Prepared request to enter default; Prepared notice of voluntary dismissal of tenants; Prepared motion to amend caption to name Mike Bammel; Reviewed service and default issues | 2.40 | 660.00 |
| 08/06/09 | MNF | Converted and e-filed affidavits of service for various defendants | 0.30 | 48.00 |
| 08/07/09 | JSK | Telephone conference and e-mails with client | 0.30 | 82.50 |
| 08/10/09 | JSK | Revised default pleadings | 0.40 | 110.00 |
| 08/10/09 | MNF | Multiple revisions to proof of service for defendants served via mail; Copied and assembled exhibits to affidavits; Converted and e-filed same | 0.80 | 128.00 |
| 08/10/09 | MNF | Reviewed and revised motion to amend caption; Converted, e-filed and served same | 0.40 | 64.00 |
| 08/10/09 | MNF | Revised, converted and e-filed notice of dismissal for unknown tenants nos. 2-10 | 0.30 | 48.00 |
| 08/11/09 | JSK | Telephone conference with US Marshal | 0.20 | 55.00 |
| 08/11/09 | MNF | Reviewed and revised default request; Drafted certificate of service for default request; Converted, e-filed and served same | 0.70 | 112.00 |
| 08/13/09 | JSK | Reviewed final judgment package issues; Telephone conference with US Marshal | 0.40 | 110.00 |

ARCHER & GREINER P.C.                    TIN #22-2092948                    www.archerlaw.com

BRI137.00801    ADS THOMAS J. ERNST

09/04/09

Invoice Number:    1275428

Page 2

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 08/13/09 | MNF | Drafted default judgment package | 1.00 | 160.00 |
| 08/20/09 | JSK | Revised affidavit of amount due and request for entry of default judgment | 1.20 | 330.00 |
| 08/21/09 | JSK | Finalized final judgment package; Telephone conference with court re: motion to substitute defendant; Telephone conference with client; E-file final judgment package | 3.20 | 880.00 |
| 08/24/09 | JSK | Reviewed order substituting defendant; Reviewed notice from court re: hearing on default judgment; Letter to defendants | 0.40 | 110.00 |
| 08/24/09 | MNF | Drafted, converted and e-filed certificate of service for default hearing notice | 0.40 | 64.00 |
| 08/25/09 | MNF | Downloaded order amending caption from court docket and served same; Drafted, converted and e-filed certificate of service for same | 0.40 | 64.00 |
| 08/28/09 | JSK | Reviewed answer; Telephone conference with Supreme Court re: attorney admission; Telephone conference and e-mail with client | 1.20 | 330.00 |
| 08/31/09 | JSK | Telephone conference with court re: answer | 0.20 | 55.00 |

TOTAL HOURS        14.40

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | Value |
|------------|-------|---|------|-------|
| M. N. Friedman | 4.30 | Hrs | $160.00 | 688.00 |
| J. S. Kulback | 10.10 | Hrs | $275.00 | 2,777.50 |

CURRENT FEES        $3,465.50

FOR COSTS ADVANCED AND EXPENSES INCURRED

| | |
|---|---|
| Photocopying | 189.00 |
| Postage | 107.44 |

CURRENT EXPENSES        $296.44

ADJUSTMENTS

09/04/2009    LESS RETAINER APPLIED        ($400.00)

TOTAL AMOUNT OF THIS INVOICE        $3,361.94

# ARCHER & GREINER

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
ONE CENTENNIAL SQUARE
HADDONFIELD, NEW JERSEY 08033-0968
(856-795-2121)

DAVID G. BRIDGES, JR.
THE BRIDGES FINANCIAL GROUP, INC.
12781 DARBY BROOKE CT #101
WOODBRIDGE, VA 22192

Invoice Number:   1264729
Invoice Date:      07/08/09

Matter Number: BRI137.00801

BRIDGES, JR.,  DAVID J. & DAVID J.

J. S. Kulback

Re:   ADS THOMAS J. ERNST

FOR PROFESSIONAL SERVICES RENDERED THROUGH  06/30/2009  :

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 06/02/09 | JSK | Revised/finalized complaint; Reviewed cover sheet; Telephone conference with court re: summonses; Reviewed service issues; Telephone conference with client | 2.10 | 577.50 |
| 06/02/09 | MNF | Conducted search on NJ Secretary of State website for corporate information for The Essex & Sussex Condominium Association | 0.30 | 48.00 |
| 06/02/09 | MNF | Telephone conference with US District Court personnel re:  filing requirements; Drafted civil cover sheet; Drafted and revised summonses to all defendants; Reviewed and revised complaint; Copied and assembled exhibits to complaint; Converted and e-filed complaint and accompanying documents | 2.30 | 368.00 |
| 06/04/09 | MNF | Multiple telephone conferences with court personnel re:  status of case filing and issuance of summonses | 0.40 | 64.00 |
| 06/05/09 | JSK | Reviewed summons and conference with paralegal re: service | 0.30 | 82.50 |
| 06/08/09 | MNF | Reviewed issued summonses; Completed attorney information; Correspondence to Guaranteed Subpoena forwarding service | 0.80 | 128.00 |
| 06/22/09 | JSK | Reviewed return of service from Guaranteed Subpoena; E-mails to/from client re: address for Ernst | 0.30 | 82.50 |
| 06/23/09 | JSK | Reviewed return of service from Guaranteed Subpoena for Valgenti; Telephone conference with client; E-mail to client | 0.50 | 137.50 |
| 06/25/09 | JSK | Reviewed lis pendens | 0.10 | 27.50 |

Invoice Number:    1264729

BRI137.00801       ADS THOMAS J. ERNST                          Page 2

07/08/09

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 06/25/09 | MNF | Drafted notice of lis pendens for Monmouth County property; Drafted notice of lis pendens for Morris County property; Telephone conference with Monmouth County Clerk re: recording fees and requirments; Telephone conference with Morris County Clerk re: recording fees and requirements; Correspondence to Monmouth County Clerk sending lis pendens for recording; Correspondence to Morris County Clerk sending lis pendens for recording; Copied and assembled exhibits to 2 lis pendens | 1.30 | 208.00 |
| 06/26/09 | JSK | E-mails to client; Reviewed notice from guaranteed subpoena | 0.20 | 55.00 |
| 06/29/09 | JSK | E-mails to/from client; Prepared affidavit of diligent inquiry; Telephone conference with attorney for Homeowners Association; Letter to attorney | 1.30 | 357.50 |
| 06/30/09 | JSK | Telephone conference with client; Telephone conference with process server; E-mail to client | 0.30 | 82.50 |
| | | TOTAL HOURS | 10.20 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | Value |
|------------|-------|---|------|-------|
| M. N. Friedman | 5.10 | Hrs | $160.00 | 816.00 |
| J. S. Kulback | 5.10 | Hrs | $275.00 | 1,402.50 |
| | | | CURRENT FEES | $2,218.50 |

FOR COSTS ADVANCED AND EXPENSES INCURRED

| | |
|---|---|
| Photocopying | 37.80 |
| Subpoena service fee | 89.85 |
| County Clerks | 100.00 |
| CURRENT EXPENSES | $227.65 |

| | |
|---|---|
| TOTAL AMOUNT OF THIS INVOICE | $2,446.15 |
| TRUST/RETAINER . . . . . . . . . . . . | 434.30 |
| BALANCE DUE & OWING THIS INVOICE . . . | $2,011.85 |

ARCHER & GREINER P.C.                    TIN #22-2092948                    www.archerlaw.com

# ARCHER & GREINER

A PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

ONE CENTENNIAL SQUARE

HADDONFIELD, NEW JERSEY 08033-0968

(856-795-2121)

DAVID G. BRIDGES, JR.
THE BRIDGES FINANCIAL GROUP, INC.
12781 DARBY BROOKE CT #101
WOODBRIDGE, VA 22192

Invoice Number:   1254169
Invoice Date:   05/06/09

Matter Number: BRI137.00801

BRIDGES, JR., DAVID J. & DAVID J.

J. S. Kulback

Re:   ADS THOMAS J. ERNST

FOR PROFESSIONAL SERVICES RENDERED THROUGH  04/30/2009  :

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 03/09/09 | BMB | revise assignment of mortgage | 0.10 | 15.50 |
| 04/01/09 | JSK | E-mail from client | 0.10 | 27.50 |
| 04/07/09 | JSK | E-mails with client | 0.10 | 27.50 |
| 04/13/09 | JSK | E-mail with client | 0.10 | 27.50 |
| 04/20/09 | JSK | E-mails to/from client; Reviewed assignments and foreclosure complaint; Reviewed court notice re: dismissal; Conference with Michelle N. Friedman re: recording of assignments | 0.50 | 137.50 |
| 04/20/09 | MNF | Reviewed and revised assignments of mortgage; Telephone conferences with Monmouth County Clerk's Office, Morris County Clerk's Office and Allen County Recorder's Office re:  recording fees and requirements; Correspondence to Monmouth County Clerk's Office, Morris County Clerk's Office and Allen County Recorder's Office forwarding assignments of mortgage for recording; Prepared assignments for recording and sent same | 1.10 | 176.00 |
| 04/27/09 | JSK | E-mail to client re: recorded assignment | 0.10 | 27.50 |
| 04/30/09 | JSK | Reviewed order of dismissal; E-mails to/from client | 0.20 | 55.00 |

TOTAL HOURS   2.30

Invoice Number:   1254169

BRI137.00801     ADS THOMAS J. ERNST                    Page 2

05/06/09

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | Value |
|---|---|---|---|---|
| B.  Miller Baum | 0.10 | Hrs | $155.00 | 15.50 |
| M. N. Friedman | 1.10 | Hrs | $160.00 | 176.00 |
| J. S. Kulback | 1.10 | Hrs | $275.00 | 302.50 |

CURRENT FEES                    $494.00

FOR COSTS ADVANCED AND EXPENSES INCURRED

Photocopying                                    4.80

County fees                                     18.00

County Clerks                                   120.00

CURRENT EXPENSES           $142.80

ADJUSTMENTS

05/06/2009     LESS RETAINER APPLIED                ($500.00)

TOTAL AMOUNT OF THIS INVOICE           $136.80

# ARCHER & GREINER

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
ONE CENTENNIAL SQUARE
HADDONFIELD, NEW JERSEY 08033-0968
(856-795-2121)

DAVID G. BRIDGES, JR.
THE BRIDGES FINANCIAL GROUP, INC.
12781 DARBY BROOKE CT #101
WOODBRIDGE, VA 22192

Invoice Number:    1249637
Invoice Date:      04/07/09

Matter Number: BRI137.00801

BRIDGES, JR.,  DAVID J. & DAVID J.

J. S. Kulback

Re:    ADS THOMAS J. ERNST

FOR PROFESSIONAL SERVICES RENDERED THROUGH  03/31/2009  :

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 03/05/09 | BMB | review assignment memo and mortgages attached; on-line research re: requirements for Indiana Assignment of Mortgage | 0.40 | 62.00 |
| 03/06/09 | BMB | Prepare NJ Assignments of Mortgage and Allonge to Note | 1.40 | 217.00 |
| 03/09/09 | BMB | conference with Archer & Greiner attorney in office Jennifer A. Borzi re: comments to assignment documents; revise same | 0.80 | 124.00 |
| 03/09/09 | JAB | review and revise documents | 0.50 | 145.00 |
| 03/09/09 | JSK | E-mail to client re: assignments of mortgage | 0.10 | 27.50 |
| 03/10/09 | BMB | Prepare Indiana Assignment of Mortgage; memo interoffice to J. Kulback transmitting same and file | 0.50 | 77.50 |
| 03/10/09 | JSK | E-mail to client re: Indiana assignment | 0.10 | 27.50 |
| 03/24/09 | JSK | E-mail to client | 0.10 | 27.50 |

TOTAL HOURS    3.90

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | Value |
|------------|-------|---|------|-------|
| B. Miller Baum | 3.10 | Hrs | $155.00 | 480.50 |
| J. S. Kulback | 0.30 | Hrs | $275.00 | 82.50 |
| J. A. Borzi | 0.50 | Hrs | $290.00 | 145.00 |

ARCHER & GREINER P.C.                    TIN #22-2092948                    www.archerlaw.com

Invoice Number:    1249637

BRI137.00801      ADS THOMAS J. ERNST                     Page 2
04/07/09

|  |  |
|---|---|
| CURRENT FEES | $708.00 |

FOR COSTS ADVANCED AND EXPENSES INCURRED

|  |  |
|---|---|
| Photocopying | 0.40 |
| CURRENT EXPENSES | $0.40 |

|  |  |
|---|---|
| TOTAL AMOUNT OF THIS INVOICE | $708.40 |
| TRUST/RETAINER ........................... | $558.83 |
| AMOUTN DUE & OWING THIS INVOICE ....... | $149.57 |

# ARCHER & GREINER

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
ONE CENTENNIAL SQUARE
HADDONFIELD, NEW JERSEY 08033-0968
(856-795-2121)

DAVID G. BRIDGES, JR.
THE BRIDGES FINANCIAL GROUP, INC.
12781 DARBY BROOKE CT #101
WOODBRIDGE, VA 22192

| Invoice Number: | 1245149 |
|---|---|
| Invoice Date: | 03/13/09 |

Matter Number: BRI137.00801

BRIDGES, JR., DAVID J. & DAVID J.

J. S. Kulback

Re:   ADS THOMAS J. ERNST

FOR PROFESSIONAL SERVICES RENDERED THROUGH  02/28/2009  :

PAID MAR 17 2009

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 01/05/09 | JSK | Reviewed documents and docket; E-mails with client | 0.80 | 220.00 |
| 01/07/09 | JSK | Telephone conference with client | 0.50 | 137.50 |
| 01/13/09 | JSK | Telephone conference with client; Telephone conference with atty Kwestel | 0.60 | 165.00 |
| 02/19/09 | JSK | Reviewed foreclosure issues with Michelle N. Friedman | 0.10 | 27.50 |
| 02/20/09 | MNF | Conference with Archer & Greiner attorney in office Jerrold S. Kulback re:  new matter; Reviewed loan documents and searches for preparation of foreclosure complaint; Begin drafting foreclosure complaint | 0.80 | 128.00 |
| 02/22/09 | JSK | Prepare complaint in mortgage foreclosure | 3.00 | 825.00 |
| 02/27/09 | JSK | Telephone conference with client | 0.70 | 192.50 |
| | | TOTAL HOURS | 6.50 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | Value |
|---|---|---|---|---|
| M. N. Friedman | 0.80 | Hrs | $160.00 | 128.00 |
| J. S. Kulback | 5.70 | Hrs | $275.00 | 1,567.50 |
| | | | CURRENT FEES | $1,695.50 |

ARCHER & GREINER P.C.                    TIN #22-2092948                    www.archerlaw.com

Invoice Number:    1245149

BRI137.00801     ADS THOMAS J. ERNST                Page 2
03/13/09

FOR COSTS ADVANCED AND EXPENSES INCURRED

Westlaw                                                         135.67

                                    CURRENT EXPENSES            $135.67

                        TOTAL AMOUNT OF THIS INVOICE          $1,831.17



# ARCHER & GREINER

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
ONE CENTENNIAL SQUARE
HADDONFIELD, NEW JERSEY 08033-0968
(856-795-2121)

DAVID G. BRIDGES, JR.
THE BRIDGES FINANCIAL GROUP, INC.
12781 DARBY BROOKE CT #101
WOODBRIDGE, VA 22192

Invoice Number:   1239981
Invoice Date:   02/05/09

Matter Number: BRI137.00801

BRIDGES, JR., DAVID J. & DAVID J.

J. S. Kulback

Re:   ADS THOMAS J. ERNST

FOR PROFESSIONAL SERVICES RENDERED THROUGH  01/31/2009 :

| Date | Tkpr | | Hours | Value |
|------|------|--|-------|-------|
| 01/19/09 | JSK | Telephone conference and e-mail with atty Kwestel | 0.20 | 55.00 |
| 01/21/09 | JSK | Reviewed e-mails from atty Kwestel | 0.20 | 55.00 |
| | | TOTAL HOURS | 0.40 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | Value | |
|------------|-------|--|------|-------|--|
| J. S. Kulback | 0.40 | Hrs | $275.00 | 110.00 | |
| | | | CURRENT FEES | | $110.00 |

TOTAL AMOUNT OF THIS INVOICE            $110.00

ARCHER & GREINER P.C.                    TIN #22-2092948                    www.archerlaw.com