NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| THE BRIDGES FINANCIAL GROUP, INC., | ) ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Hon. Garrett E. Brown, Jr. |
| BEECH HILL COMPANY, INC.; THOMAS J. ERNST; THE DOROTHY J. VALGENTI TRUST; DOROTHY J. VALGENTI; MR. DOROTHY J. VALGENTI; JOANNA VALGENTI ERNST; THE ESSEX & SUSSEX CONDOMINIUM ASSOCIATION, INC.; and UNKNOWN TENANTS OR OCCUPANTS NO. 1-10, | ) ) ) ) ) ) ) ) ) | Civil Action No. 09-2686  **ORDER** |
| Defendants. | ) ) | |

This matter having come before the Court upon Plaintiff's motion for default judgment (Doc. No. 87) against Defendant Thomas J. Ernst, as well as Mr. Ernst's motion to dismiss (Doc. No. 80) the case pursuant to N.J. Stat. Ann. § 14A:13-20; and it appearing that Mr. Ernst's bankruptcy action has been dismissed, *see In re: Thomas John Ernst*, Bankr. No. 11-15669-MS, Doc. No. 16 (Bankr. D.N.J. Mar. 25, 2011); and this Court having considered the parties' submissions and decided the motions without oral argument pursuant to Federal Rule of Civil Procedure 78; and for the reasons set forth in the accompanying Memorandum Opinion;

IT IS THIS 18th day of April, 2011,

ORDERED that the bankruptcy stay recognized by this Court's Order of March 15, 2011 (Doc. No. 96) is hereby LIFTED; and it is further

ORDERED that Mr. Ernst's motion to dismiss (Doc. No. 80) is DENIED; and it is further

ORDERED that Plaintiff's motion for default judgment against Mr. Ernst (Doc. No. 87) is GRANTED.  The Court will permit Plaintiff to file supplemental documentation regarding its claim for interest and reasonable attorneys' fees and costs no later than <u>April 25, 2011</u>.  Mr. Ernst may file a responsive submission, limited to addressing Plaintiff's claim for interest and attorneys' fees and costs, no later than <u>May 2, 2011</u>.

                                                                                        <u>/s/ Garrett E. Brown, Jr.</u>
                                                                                        GARRETT E. BROWN, JR., U.S.D.J.